12th Court of Appeals

Gregory Carl Rolling                                    8-13-15

   I wish to file a pro se brief to your court
of Appeals. I'm held accountable for my actions, but I
was "not guilty" of possession of Drugs in the DF2. I
Gregory Carl Rolling chooses to Appeal further going my case...

If this court Room should grant me my rights to Appeal, this
case then Im filing today, for a new motion please. Also
records of my day I was Arrested August 6, 2014 would be
presented... Im honestly not guilty, But need your help;
Appellant. Gregory C. Rolling

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 24 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12-15-00144-CR

| | | |
|---|---|---|
| GREGORY CARL ROLLING | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| vs. | § | 12TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | AT TYLER, TEXAS |

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 24 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

## APPELLANT'S MOTION TO INSPECT RECORDS FOR PURPOSES OF APPEAL

**TO THE HONORABLE COURT:**

Now comes the Appellant in the above entitled and numbered cause, and makes this Motion, and for good cause shows the following:

### I.

Appellant is currently represented by appointed counsel in this matter. Appointed counsel has filed an *Anders* brief in this case. Appellant desires to inspect the records in this case for purposes of filing a *pro se* brief with the Court.

### II.

Appellant is indigent and, therefore, unable to obtain a purchased copy of the Clerk's and Reporter's Records. Thus, pursuant to the Court of Criminal Appeals holding in *Kelly v. State*, PD-0702-13 (June 25, 2014), a request is made for the Court's assistance in facilitating access to these records.

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this motion.

Respectfully submitted,

*Gregory C. Rolling*

**Gregory Carl Rolling**
Inmate
Smith County Jail
206 E. Elm
Tyler, TX 75702

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document

was served on counsel for the State concurrently with its filing.

*Gregory Rolling*

**Gregory Carl Rolling**